**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WHATLEY COFFEE SERVICE, INC.**                                                            **PLAINTIFF**

v.                                    NO. 4:04-CV-01029 GTE

**SARA LEE CORPORATION and
SARA LEE INTERNATIONAL B.V.**                                                            **DEFENDANTS**

**JUDGMENT**

The jury rendered its verdict on July 28, 2006, finding for the Plaintiff Whatley Coffee Service, Inc., on both claims submitted and awarding damages in the amount of One Hundred Seventy-Five Thousand Dollars ($175,000) in connection with the tortious interference claim. Prior to trial, Plaintiff Whatley confessed judgment on Defendant Sara Lee's Amended Counterclaim seeking damages in the sum of Twenty-Five Thousand Five Hundred Six Dollars and Sixty Cents ($25,506.40).

IT IS THEREFORE CONSIDERED ORDERED AND ADJUDGED that the Plaintiff Whatley Coffee Service, Inc., have and recover from Defendants Sara Lee Corporation and Sara Lee International B.V. the sum of One Hundred Forty-Nine Thousand Four Hundred Ninety Three Dollars and Sixty Cents ($149,493.60), plus post-judgment interest accruing at the rate of 5.24% per annum from this date forward.

Dated this   31st   day of July, 2006.

                                                                          /s/Garnett Thomas Eisele
                                                                          UNITED STATES DISTRICT JUDGE